UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 16-232 (FLW) |
| | : | |
| v. | : | |
| | : | ORDER SETTING CONDITIONS |
| | : | OF RELEASE |
| DYVONTE SIGNAL | : | |
| | : | |

This matter having been brought before the Court on Defendant Dyvonte Signal's application for an order setting conditions of release pending his violation of supervised release hearing; and the government and probation having no objection and for good cause shown;

IT IS this __4th__ day of November 2021 ORDERED that Defendant's application is GRANTED subject to the following conditions:

1. Defendant shall reside with his mother at 411 Chambers Street, Trenton, New Jersey.

2. Defendant shall be subject to electronic monitoring and restricted to this residence at all times except for the following: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation office.

3. Defendant shall participate in mental health testing and treatment as directed by the probation office.

4. Defendant shall participate in substance abuse testing and treatment as directed by the probation office.

5. Defendant shall have no contact with R.P. while there is a restraining order in effect.

6. All previously imposed conditions of supervised release remain in effect.

DOUGLAS E. ARPERT
United States Magistrate Judge