# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * | |
| v. | * * | CRIM. NO. 16-232(FLW) |
| DYVONTE SIGNAL | * * * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ]   Other:

Date:  January 12, 2022

_____
Honorable Douglas E. Arpert
United States Magistrate Judge