UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 16-232 (FLW) |
| v. : | |
| : | RELEASE ORDER |
| : | |
| DYVONTE SIGNAL : | |
| : | |

This matter having been brought before the Court on Defendant Dyvonte Signal's application for an order permitting his release to residential drug treatment program; and Mr. Signal having been accepted into Integrity house, a long-term residential drug treatment program, with locations in Newark and Secaucus, New Jersey; and the Government having opposed the application; and the Court having heard argument; and for good cause shown;

IT IS this __24th__ day of May 2022;

ORDERED that Defendant's application for release to Integrity House, a long-term residential drug treatment program is GRANTED subject to the conditions set forth below:

1. Mr. Signal shall be released from the custody of the United States Marshal at the United States Courthouse in Trenton, New Jersey on May 25, 2022 at 9:00 a.m. for the immediate and direct transportation to Integrity House in Newark, New Jersey by an employee of the Federal Public Defender's office.

2. Mr. Signal has permission to be transferred between Integrity House Newark and Integrity House Secaucus, accompanied at all times by Integrity House staff. He shall not leave Integrity House for any other reason, including but not limited to release for employment, furlough, or step-down placement, without prior court approval.

_____
Douglas E. Arpert
United States Magistrate Judge