UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYVONTE SIGNAL | Crim. No. 16-CR-232 (MAS)<br><br>**RELEASE ORDER** |

This matter having been opened to the Court by the parties for a modification of the Court's previously imposed detention order to provide for Defendant Dyvonte Signal's release as set forth below now that a bed will be available at an inpatient drug treatment program on October 23, 2024; and the United States is represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Joseph Gribko, Assistant U.S. Attorney, appearing), the Defendant is represented by Adam Axel, Esq., and the Defendant remains under the supervision of United States Probation; and for good cause shown:

IT IS, therefore, on this 22nd day of October, 2024,

ORDERED that:

1. Mr. Signal shall be released from the custody of the United States Marshal on **October 23, 2024 at 9 a.m.** for his immediate and direct transportation to Turning Point, an inpatient drug program located at 680 Broadway, Paterson, New Jersey 07514;

2. An investigator from the Office of the Federal Public Defender will wait for Mr. Signal at the Monmouth County Correctional Institute. Once released, he will assist Mr. Signal in calling for an Uber to transport him

    to Turning Point.

3. Monmouth County Correctional Institute should provide Mr. Signal with a 30-day supply of his current medications upon release and a copy of his medical records, pursuant to Turning Point's request.

4. All prior conditions of supervision remain in place, Defendant will remain under Probation's supervision, and he must continue to comply with all of Probation's conditions and recommendations as part of his continued Supervised Release.

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge